NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1415

NORGREN INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SMC CORPORATION and SMC CORPORATION OF AMERICA,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-587.

ON MOTION

ORDER

Norgren Inc. moves for an extension of time, until January 30, 2009,[*] to file the joint appendix and for reconsideration of the court's order dismissing its appeal for failure to file an appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

---

[*] The court did not receive the paper copy of the motion until February 3, 2009.

The motions are granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated.

FOR THE COURT

FEB 18 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 18 2009

JAN HORBALY
CLERK

cc:   Carl F. Manthei, Esq.
      Mark B. Rees, Esq.
      Arthur I. Neustadt, Esq.

s20

2008-1415
- 2 -